**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| YA-SIR K. UMAR, | Case No. 2:26-cv-01583-APG-BNW |
| Petitioner, | **EXTENSION ORDER** |
| v. | [ECF No. 6] |
| J. BEAN, | |
| Respondent. | |

Petitioner Ya-Sir K. Umar has filed a motion for a 90-day extension of time to file his response to the Order to Show Cause. ECF No. 6. This is Umar's first request for an extension of this deadline. I find that good cause exists to grant the motion.

I THEREFORE ORDER that the motion for extension of time [ECF No. 6] is granted. Umar has up to and including September 25, 2026, to file his response.

Dated: June 26, 2026

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE